**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| BARBARA JEAN HARTLETT, )   )  Plaintiff, )   ) v. )   ) STATE OF MAINE, et al., )   )  Defendants. ) | Docket No. 1:22-cv-00185-NT |

**ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On July 18, 2022, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 5). The Plaintiff filed an objection to the Recommended Decision on July 29, 2022 (ECF No. 6). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**. The Plaintiff's motion for preliminary injunction (ECF No. 3) is therefore denied as **MOOT**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 15th day of August, 2022.